*United States Probation & Pretrial Services*

United States District Court
Central District of California



Michelle A. Carey
Chief Probation & Pretrial Services Officer

Douglas B. Bys
Deputy Chief Probation & Pretrial Services Officer

## Passport Receipt

Defendant's Name: Mossimo Gene Giannulli

Name on passport, if different:

Country of Origin: United States of America

Date passport issued: April 18, 2017

Expiration date of passport: April 17, 2027

Ordered by court in the Central District of California or

Docket Number 2:19 MJ 994

FILED
CLERK, U.S. DISTRICT COURT
MAR 12 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_____
Surrendered By

_____
Received By (Judith Glaser)

_____
Returned To

_____
Returned By

Purpose Returned _____
Address (if mailed) _____

3/12/2019
Date

3/12/2019
Date

_____
Date

_____
Date

**Headquarters**

Edward R. Roybal Federal Building
and U.S. Courthouse
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-3332
213-894-4726 / FAX 213-894-0231

**Riverside Branch**

George E. Brown, Jr. Federal Building
and U.S. Courthouse
3470 Twelfth Street, Suite 161
Riverside, CA 92501-3801
951-328-4490 / FAX 951-328-4489

**Santa Ana Branch**

Ronald Reagan Federal Building
and U.S. Courthouse
411 West Fourth Street, Suite 4070
Santa Ana, CA 92701-4596
714-338-4550 / FAX 714-338-4570